PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BASILIO GONZALEZ, | ) | CASE NO. 4:11CV00178 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| RODDIE RUSHING, et al., | ) | |
| | ) | **MEMORANDUM AND ORDER OF** |
| Defendants. | ) | **OPINION** |

Plaintiff's request for permission to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915, the total filing fee in the amount of $350.00 is due. Further, an initial partial fee in the amount of $14.75 is due and should be deducted from plaintiff's prisoner account, when funds are available therein, until the initial partial fee is paid. Thereafter, the prison cashier's office shall deduct, and forward to the court, twenty percent of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the full fee has been paid.[1] The Clerk is directed to issue a copy of this order and the attached instructions, which are hereby incorporated herein, to the plaintiff and the prison cashier's office. The Clerk is further directed to forward a copy of this order to the court's financial office.

IT IS SO ORDERED.

July 5, 2011  /s/ Benita Y. Pearson
Date   Benita Y. Pearson
   United States District Judge

---

[1] The prison cashier's office shall not send payments aggregating more than the amount of the full fee.